# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

March 13, 2020

## CANCELLATION NOTICE

In light of the Court's recent order suspending jury trials for 30 days, the jury trial scheduled for Monday, March 30, 2020, at 9:30 AM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of <u>Hoffer v. City of Yonkers, et al.</u>, 18-cv-1197 (LMS), has been *adjourned without date*.

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.