UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Hoffer,

                        Plaintiff,                    **ORDER**

      -against-                             18 Civ. 1197 (AEK)

City of Yonkers et al.,

                      Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This case is now scheduled to proceed to trial beginning with jury selection on **Wednesday, June 9, 2021**.  This is a **firm trial date** based on numerous scheduling considerations for the use of courtroom and jury selection space in the White Plains courthouse.

      The telephonic status conference currently scheduled for Tuesday, March 30, 2021 at 11:00 a.m. will proceed as scheduled to discuss trial logistics as well as dates for final pretrial submissions.  Prior to the conference, the parties are directed to review Judge Krause's individual practices, specifically with respect to pretrial procedures and filings prior to trial.  See https://nysd.uscourts.gov/hon-andrew-e-krause.

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.  Should anyone experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: March 5, 2021
       White Plains, New York                    **SO ORDERED.**

                                                            _____
                                                             ANDREW E. KRAUSE
                                                             United States Magistrate Judge