UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Hoffer,

                        Plaintiff,                    **ORDER**

        -against-                          18 Civ. 1197 (AEK)

City of Yonkers et al.,

                     Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This case is now scheduled for a potential trial beginning with jury selection on either **Monday, November 29, 2021 or Wednesday, December 1, 2021**. At present, one trial has scheduling priority over this case on each of the potential trial dates; if either one of those cases is resolved or rescheduled, this case will proceed to trial. Based on the Court's experience with the trial scheduling process in prior quarters, there is a significant likelihood that one of the cases currently ahead of this one will be resolved or rescheduled. Accordingly, **the parties should proceed with the expectation that trial will begin on November 29, 2021 or December 1, 2021.** The Court will provide further updates regarding the status of the other cases as information becomes available.

      In anticipation of the trial, Plaintiff's counsel must prepare a proposed writ of *habeas corpus ad testificandum* to insure Plaintiff's appearance in court on November 29, 2021. The proposed writ must be filed via ECF **by no later than September 17, 2021**. Examples of an appropriate writ may be found at ECF Nos. 235-237 in *Garcia v. Fischer*, 13-cv-8196 (VB).

      As discussed at the August 4, 2021 status conference, pretrial submissions are due on October 29, 2021. Plaintiff's opposition to the motion *in limine* (ECF No. 62) that will be re-

filed by Defendants is due on November 5, 2021.  The parties' oppositions to any new motions *in limine* that are filed on October 29, 2021 are due on or before November 12, 2021.  **The parties should consult the Court's Individual Practices at https://nysd.uscourts.gov/hon-andrew-e-krause for detailed information on what must be included in the October 29, 2021 submissions.**

The final pretrial conference currently scheduled for Monday, November 22, 2021 at 10:00 a.m. in Courtroom 250 will proceed as scheduled.  The parties must submit a joint letter on or before Monday, November 15, 2021, outlining any issues they would like to address at the final pretrial conference.

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  On the day you are due to arrive at the courthouse, click on the following link: https://app.certify.me/SDNYPublic.  Follow the instructions and fill out the questionnaire.  If your answers meet the requirements for entry, you will be sent a QR code to be used at the entry device at the courthouse entrance.  If you do not meet the necessary requirements, please contact Chambers at (914) 390-4070.

Dated:  September 8, 2021
        White Plains, New York                SO ORDERED.

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge