UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Hoffer,

                        Plaintiff,                    **ORDER**

      -against-                        18 Civ. 1197 (AEK)

City of Yonkers et al.,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The parties are now advised that the potential trial date of **December 1, 2021**, *see* ECF No. 75, is now a firm trial date. To be clear, jury selection and trial are scheduled to begin on **Wednesday, December 1, 2021 at 9:30 a.m.** absent further Court Order. This is a firm date.

      All other deadlines set forth in the Court's Order dated September 8, 2021 (ECF No. 75) remain unchanged, including the date and time for the final pretrial conference, which is scheduled for November 22, 2021 at 10:00 a.m.

Dated: September 17, 2021
       White Plains, New York                  **SO ORDERED.**

                                                          _____
                                                           ANDREW E. KRAUSE
                                                           United States Magistrate Judge