*Law Offices*
DEVON M. RADLIN

112 West 34th Street, 18th Floor
New York, New York 10120

OFFICE: (212) 406-9200
FAX: (212) 937-2345
DEVON@LAWDMR.COM

November 15, 2021

**By ECF**
Magistrate Judge Andrew E. Krause
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

                       Re:    *Richard Hoffer v. Yonkers, et al.*
                               18-CV-1197

Dear Magistrate Krause:

I represent the plaintiff Richard Hoffer in the above.

This letter is in response to your Order directing parties to file a letter as to any anticipated issues for the Pre-Trial Conference scheduled for November 22, 2021.

Parties have conferred and the only outstanding issues are the motions in limine.

                                                    Very Truly Yours,

                                                    DEVON M. RADLIN

CC:    Rory McCormick
          Assistant Corp Counsel

              rory.mccormick@yonkersny.gov