UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RICHARD HOFFER,

                    Plaintiff,

   -against-

CITY OF YONKERS, CITY OF YONKERS POLICE
DEPARTMENT, POLICE OFFICER ELYSSA TELLONE,
SHIELD # 730387, POLICE OFFICER TREVOR GOFF,
SHIELD # 731915, POLICE OFFICER LAMONT BROWN,
SHIELD # 734149, POLICE OFFICER DARCY DRUMMOND,
SHIELD # 731907, POLICE OFFICER JOHN DOE 1, POLICE
OFFICER JOHN DOE 2, POLICE OFFICER JOHN DOE 3,
POLICE OFFICER JOHN DOE 4, POLICE OFFICER JOHN
DOE 5, and POLICE OFFICER JOHN DOE 6,

                    Defendants.
------------------------------------------------------------------x

18 Civ. 1197 (AEK)

**ORDER**

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Clerk of the Court is hereby respectfully directed to modify the caption in this action so that it reads as follows:

RICHARD HOFFER,

                    Plaintiff,

   -against-

POLICE OFFICER ELYSSA TELLONE, SHIELD # 730387,
POLICE OFFICER TREVOR GOFF, SHIELD # 731915,
POLICE OFFICER LAMONT BROWN, SHIELD # 734149,
and POLICE OFFICER DARCY DRUMMOND,
SHIELD # 731907,

                    Defendants.

The Clerk of the Court is furthermore respectfully directed to terminate the action as against the City of Yonkers, the City of Yonkers Police Department, Police Officer John Doe 1, Police Officer John Doe 2, Police Officer John Doe 3, Police Officer John Doe 4, Police Officer John Doe 5, and Police Officer John Doe 6.

Dated: November 22, 2021
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge
Southern District of New York