UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

RICHARD HOFFER,

                      Plaintiff,                    **JUDGMENT**

   -against-                                       18 Civ. 1197 (AEK)

POLICE OFFICER ELYSSA TELLONE, SHIELD #
730387; POLICE OFFICER TREVOR GOFF, SHIELD
# 731915; POLICE OFFICER LAMONT BROWN,
SHIELD # 734149; and POLICE OFFICER DARCY
DRUMMOND, SHIELD # 731907,

                    Defendants.
---------------------------------------------------------------x

     **WHEREAS**, Plaintiff Richard Hoffer ("Plaintiff") brought the above-entitled action against Defendants Police Officer Elyssa Tellone, Shield # 730387; Police Officer Trevor Goff, Shield # 731915; Police Officer Lamont Brown, Shield # 734149; and Police Officer Darcy Drummond, Shield # 731907 (collectively "Defendants");

     **WHEREAS**, this action was assigned to the Honorable Lisa Margaret Smith, United States Magistrate Judge, by consent of the parties pursuant to 28 U.S.C. § 636(c) (ECF No. 43), and reassigned to the undersigned on October 15, 2020;

     **WHEREAS**, this action proceeded to a jury trial on December 1, 2021;

     **WHEREAS**, on December 8, 2021, the jury reached a unanimous verdict in favor of Defendants on all claims that were presented to the jury;

2

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Defendants with respect to all claims. Accordingly, the Clerk is respectfully requested to close the case.

Dated: December 9, 2021
      White Plains, New York

                                                        SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge