THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
RICHARD HOFFER,

        Plaintiff-Appellant,

                                    NOTICE OF MOTION FOR
                                    FREE TRANCRIPTS
-v-                                18-Cv-1197 (AK)

Police Officer Elyssa Tellone, Shield#730387, et al.,

        Defendant-Appellees,

City Of Yonkers, et al.,

        Defendants.
------------------------------------------X

        PLEASE TAKE NOTICE   that upon the affirmation of Richard Hoffer, sworn to on the 29th day of December, 2022, a motion will be made at the term of the District Court, Southern District of New York, located at U.S. Courthouse, 500 Pearl Street, New York, for an Order permitting Plaintiff to pusue to appeal and provide a free transcripts pursuant to Fed. Civ. Rul. P. 28 U.S.C.A. § 753 (f), and 28 U.S.C.A. § 1915, directing the reporter to prepare a transcript of the reporter to prepare a transcript of the proceedings to be paid for by the United States, becaue they are necessary to decide and perfect the appeal, and Plaintiff is without the fees, cost or security to prepay for the transcription of the record to perfect the appeal herein.



1

Sent To: Clerk of Court
United States District Court
Southern District Of New York
300 Quarropas Street
White Plains, New York 10601

Clerk's Office
United States Court of Appeals
United States Courthouse
40 Foley Square
New York, New York 10007

Darius Chafzadeh, Attorney
Harris Beach PLLC
Suite 1206
445 Hamilton Avenue
White Plains, New York 10601
(Attorney For Defendant)

cc/file